State *v.* Watson—186 Ind. 698.

*Evan B. Stotsenburg,* Attorney-General, and *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

HARVEY, J.—The same questions are, by this appeal, presented that were decided in *State* v. *Bedford, ante* 297, 116 N. E. 423, at the November term, 1916, of this court. Consistent with said opinion, the judgment herein is affirmed.

---

## STATE OF INDIANA *v.* MILLS.

[No. 23,038.    Filed June 1, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Thomas Mills. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, and *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

HARVEY, J.—The same questions are, by this appeal, presented that were decided in *State* v. *Bedford, ante* 297, 116 N. E. 423, at the November term, 1916, of this court. Consistent with said opinion, the judgment herein is affirmed.

---

## STATE OF INDIANA *v.* WATSON.

[No. 23,048.    Filed June 1, 1917.]

From Sullivan Circuit Court, *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Tom Watson. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, and *M. L. Pigg,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

HARVEY, J.—The same questions are, by this appeal, presented that were decided in *State* v. *McCrocklin, ante* 277, 115 N. E. 929, at the November term, 1916, of this court. Consistent with said opinion, the judgment herein is affirmed.